E-FILED
Thursday, 03 April, 2008  04:17:47 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JILL NORTH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07-1220 |
| v. ) | |
| ) | |
| BOARD OF TRUSTEES OF ILLINOIS ) | |
| STATE UNIVERSITY, C. ALVIN ) | |
| BOWMAN, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Before the Court is a Report and Recommendation [Doc. 8] in which Magistrate Judge Byron G. Cudmore recommends that Defendants' Motion to Dismiss [Doc. 5] be DENIED. Judge Cudmore provided notice that any objection to the Report and Recommendation was due within fourteen days of the filing of the Report and Recommendation.  28 U.S.C. § 636(b)(1). Furthermore, Judge Cudmore warned the parties that a failure to timely object would constitute a waiver of any objections.  Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  Neither party has filed an objection to Judge Cudmore's Report and Recommendation.

IT IS THEREFORE ORDERED that this Court ADOPTS Judge Cudmore's Report and Recommendation and Defendant's Motion to Dismiss is DENIED.  This matter is referred to the Magistrate Judge for further proceedings.

ENTERED this   3rd   day of April, 2008.


s/Joe Billy McDade
Joe Billy McDade
United States District Judge