E-FILED
Friday, 13 November, 2009  01:40:03 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| JILL L. NORTH, *et al., individually and on behalf of other similarly situated individuals*,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF TRUSTEES OF ILLINOIS STATE UNIVERSITY *and* C. ALVIN BOWMAN, *in his official capacity as President of Illinois State University*,<br><br>Defendants. | Case No. 07-cv-1220 |

## <u>O R D E R</u>

On November 6, 2009, this Court conditionally certified a Fair Labor Standards Act ("FLSA") collective action, made up of individuals who worked at Illinois State University as Conference Assistants during the summer of 2007. (Doc. 26). Plaintiffs allege that this group of employees was denied overtime pay in violation of the FLSA. In conjunction with the conditional certification, the Court allowed the Plaintiffs to send notice of the suit and of their right to opt-in to potential members of the conditionally certified collective action. Plaintiffs had submitted, with their Motion for Conditional Certification, a proposed form of notice to these class members. (Doc. 21, Ex. 1). The Court, subject to certain modifications addressed in the November 6, 2009 Order & Opinion, approved the form of notice, and ordered Plaintiffs to submit a revised version to the Court for final approval. (Doc. 26 at 14-16, 18). Plaintiffs have submitted this revised

version.  (Doc. 27).  As it contains the changes ordered by the Court, and is otherwise proper, it is approved.  The form of notice submitted by Plaintiffs on November 13, 2009 (Doc. 27) may be sent by Plaintiffs to potential members of the conditionally certified collective action.

Entered this <u>13th</u> day of November, 2009.

                                                  s/ Joe B. McDade
                                                  JOE BILLY McDADE
                                                  United States District Judge